# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Casey M. White; Patricia A. Crimmins; Nathan Montalvo; Lindsey Crits; Evan Wendt; Elizabeth Ripoli; and Jennifer Coley<br><br>    Plaintiffs,<br><br>  v.<br><br>GM Law Firm, LLC; Chantel L. Grant; National Legal Staffing Support, LLC; Gregory Fishman; Julie Queler; Kevin Mason; Resolvly, LLC; JG Factor, LLC; Backend Resolve, LLC; P. Benjamin Zuckerman; Berger Singerman, LLP; and John and Jane Does Defendants 1-5.<br><br>    Defendants. | Civil Action No. 9:21-cv-80896-AHS<br>(Matthewman) |

## THE PLAINTIFFS' MOTION LEAVE OF COURT TO FILE AMENDED, CONSOLIDATED, COMPLAINT

THE PLAINTFFS, Casey M. White, Patricia A. Crimmins, Nathan Montalvo, Lindsey Crits, Evan Wendt, Elizabeth Ripoli, and Jennifer Coley file this motion for leave of court to file amended, consolidated, complaint, under F.R.C.P. 15(a), and show as follows:

1. The Plaintiffs, consistent with D.E. 137 in this matter, file this motion for leave of Court to file their proposed, and consolidated, Amended Complaint in this consolidated case.

2. The Plaintiffs' proposed, and consolidated, Amended Complaint is attached to this motion as Exhibit "1".

3. The Plaintiffs have dramatically streamlined their prior pleadings in the proposed Amended Complaint, assuaging the deficiencies in their prior pleadings that the Court identified in D.E. 137.

4. This proposed amendment of the pleadings would not be futile, and it should be permitted by this Court under the liberal standard of F.R.C.P. 15(a). The two causes of action pleaded in the proposed Amended Complaint, Ex. 1, are valid and meritorious claims.

The Plaintiffs respectfully request the Court to grant this motion for leave and permit them to file the proposed Amended Complaint, Ex. 1, into the record of this case.

*The Plaintiffs*

/s/ Joshua S. Horton
The Joshua S. Horton Law Firm, PA
Attorney for Defendants
210 South Olive Avenue Suite 300-A
West Palm Beach, FL 33401
470-705-7215 - Telephone
Email: josh@joshuahorton.attorney
Florida Bar No: 1009130

/s/ Macy D. Hanson
MACY D. HANSON
*(Pro Hac Vice)*
Miss. Bar No. 104197
**The Law Office of Macy D. Hanson, PLLC**
102 First Choice Drive
Madison, Mississippi 39110
Telephone: (601) 853-9521
Facsimile: (601) 853-9327
macy@macyhanson.com

*ATTORNEYS FOR THE PLAINTIFFS*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of November 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on counsel of record either via transmission of Notices of Electronic Filing

generated by CM/ECF or in some other authorized manner for those who are not authorized to

receive Notices of Electronic Filing.

*/s/ Joshua S. Horton*
The Joshua S. Horton Law Firm, PA
Attorney for Defendants
210 South Olive Avenue Suite 300-A
West Palm Beach, FL 33401
470-705-7215 - Telephone
Email: josh@joshuahorton.attorney
Florida Bar No: 1009130