UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-80896-CIV-SINGHAL

Consolidated Cases:
21-CIV-81127-AHS
21-CIV-61960-AHS

CASEY M. WHITE and PATRICIA A.
CRIMMINS, et al.,

    Plaintiffs,

v.

GM LAW FIRM, LLC, et al.,

    Defendants.

_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with this Court's Order (DE [166]) granting National Legal Staffing Support, LLC, Resolvly, LLC, JG Factor, LLC & Backend Resolve, LLC's Motion for Entry of Final Judgment (DE [152]) and Chantel Grant's Motion for Entry of Final Judgment (DE [153]), entered separately on November 21, 2022,[1] it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Final Judgment is entered in favor of Defendants Gregory Fishman and Kevin P. Mason and against Plaintiffs Casey M. White, Patricia A. Crimmins, Nathan Montalvo, Lindsey Crits, Evan Wendt, Elizabeth Ripoli, and Jennifer Coley.

---

[1] Defendants Gregory Fishman and Kevin P. Mason joined in these motions with the subsequently filed Joinder in Defendants Resolvly, LLC, National Legal Staffing Support, LLC, JG Factor LLC, Backend Resolve, LLC and Chantel Grant's Motions for Entry of Final Judgment (DE [154]).

2. Plaintiffs shall take nothing by this action from Defendants and Defendants shall go hence without day.

3. The Court reserves jurisdiction to determine entitlement to and award of attorneys' fees and costs.

4. Defendants shall file such motions **by December 5, 2022**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of November 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF