IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

| | |
|---|---|
| Casey M. White; Patricia A. Crimmins; Nathan Montalvo; Lindsey Crits; Evan Wendt; Elizabeth Ripoli; and Jennifer Coley<br><br>Plaintiffs,<br><br>v.<br><br>GM Law Firm, LLC<br><br>Defendant. | Civil Action No. 9:21-cv-80896-AHS (Matthewman) |

## THE PLAINTIFFS' RESPONSE TO [DE 241] STATEMENT OF UNDISPUTED MATERIAL FACTS

THE PLAINTIFFS, named above, submit this Response to Defendant, GM Law Firm, LLC's [DE 241] Statement of Undisputed Material Facts and show as follows:

*Undisputed Material Facts as to Plaintiff, Casey White*

1. Undisputed.

2. Undisputed.

3. Undisputed.

4. Disputed. Casey White also seeks an award of punitive damages and attorneys' fees in this action. *See* Casey White's Amended Responses to

Interrogatories, Response No. 3, Exhibit "1" to this Response to Statement of Undisputed Material Facts.

### *Undisputed Material Facts as to Plaintiff, Patricia Crimmins*

5. Undisputed.

6. Undisputed.

7. Undisputed.

8. Disputed. Patricia Crimmins also seeks an award of punitive damages and attorneys' fees in this action. *See* Patricia Crimmins' Amended Responses to Interrogatories, Response No. 3, Exhibit "2" to this Response to Statement of Undisputed Material Facts.

### *Undisputed Material Facts as to Plaintiff, Nathan Montalvo*

9. Undisputed.

10. Undisputed.

11. Undisputed.

12. Disputed. Nathan Montalvo also seeks non- an award of punitive damages and attorneys' fees in this action. *See* Nathan Montalvo's Amended Responses to Interrogatories, Response No. 3, Exhibit "3" to this Response to Statement of Undisputed Material Facts.

### *Undisputed Material Facts as to Plaintiff, Lindsey Crits*

13. Undisputed.

14. Undisputed.

15. Undisputed.

16. Disputed. Lindsey Crits also seeks an award of punitive damages and attorneys' fees in this action. *See* Lindsey Crits' Amended Responses to Interrogatories, Response No. 3, Exhibit "4" to this Response to Statement of Undisputed Material Facts.

*Undisputed Material Facts as to Plaintiff, Evan Wendt*

17. Undisputed.

18. Undisputed.

19. Undisputed.

20. Disputed. Evan Wendt also seeks an award of punitive damages and attorneys' fees in this action. *See* Evan Wendt's Amended Responses to Interrogatories, Response No. 3, Exhibit "5" to this Response to Statement of Undisputed Material Facts.

*Undisputed Material Facts as to Plaintiff, Elizabeth Ripoli*

21. Undisputed.

22. Undisputed.

23. Undisputed.

24. Disputed. Elizabeth Ripoli also seeks an award of punitive damages and attorneys' fees in this action. *See* Elizabeth Ripoli's Amended Responses to

Interrogatories, Response No. 3, Exhibit "6" to this Response to Statement of Undisputed Material Facts.

### *Undisputed Material Facts as to Plaintiff, Jennifer Coley*

25. Undisputed.

26. Undisputed.

27. Undisputed.

28. Disputed. Jennifer Coley also seeks an award of punitive damages and attorneys' fees in this action. *See* Jennifer Coley's Amended Responses to Interrogatories, Response No. 3, Exhibit "7" to this Response to Statement of Undisputed Material Facts.

### *Additional Undisputed Material Facts Asserted by Plaintiffs*

29. After the execution of her legal services agreement, Casey White was emailed a "Welcome" letter from Chantel Grant that contained the Welcome letter that is attached as Exhibit "8" to this Response to Statement of Undisputed Material Facts. Ex. 8, PatriciaCrimmins78-79; Exhibit "9", White 000286.

30. After the execution of her legal services agreement, Casey White was emailed a "Welcome" letter from Chantel Grant that contained the Welcome letter that is attached as Exhibit "8" to this Response to Statement of Undisputed Material Facts. Ex. 8, PatriciaCrimmins78-79; Exhibit "10", Crimmins000321.

31. After the execution of his legal services agreement, Nathan Montalvo was emailed a "Welcome" email that contained a link to the Welcome Packet and the Program Explanation contained in Exhibit "11" to this Response to Statement of Undisputed Material Facts. Ex. 11, NLSS000001-000040; Exhibit "12", Montalvo000465.

32. After the execution of her legal services agreement, Lindsey Crits was emailed a "Welcome" email that contained a link to the Welcome Packet and the Program Explanation contained in Exhibit "11" to this Response to Statement of Undisputed Material Facts. Ex. 11, NLSS000001-000040; Exhibit "13", Crits000317.

33. After the execution of his legal services agreement, Evan Wendt was emailed a "Welcome" email that contained a link to the Welcome Packet and the Program Explanation contained in Exhibit "11" to this Response to Statement of Undisputed Material Facts. Ex. 11, NLSS000001-000040; Exhibit "14", Wendt000223.

34. After the execution of her legal services agreement, Elizabeth Ripoli was emailed a "Welcome" email that contained a link to the Welcome Packet and the Program Explanation contained in Exhibit "11" to this Response to Statement of Undisputed Material Facts. Ex. 11, NLSS000001-000040; Exhibit "15", Ripoli000425.

35. After the execution of her legal services agreement, Jennifer Coley was emailed a "Welcome" email that contained a link to the Welcome Packet and the Program Explanation contained in Exhibit "11" to this Response to Statement of Undisputed Material Facts. Ex. 11, NLSS000001-000040; Exhibit "16", Coley000505.

THIS, the 5th day of June, 2023.

*The Plaintiffs*

/s/ Joshua S. Horton
The Joshua S. Horton Law Firm, PA
Attorney for the Plaintiffs
107 Pond Apple Lane # 102
Jupiter, FL 33458
561-764-4041 - Telephone
561-584-5212 – Facsimile
Email: josh@joshuahortonlaw.com
Florida Bar No: 1009130

/s/ Macy D. Hanson
MACY D. HANSON
*(Pro Hac Vice)*
Miss. Bar No. 104197
**The Law Office of Macy D. Hanson, PLLC**
102 First Choice Drive
Madison, Mississippi 39110
Telephone: (601) 853-9521
Facsimile: (601) 853-9327
macy@macyhanson.com

*ATTORNEYS FOR THE PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of June 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those who are not authorized to receive Notices of Electronic Filing.

/s/ Joshua S. Horton
The Joshua S. Horton Law Firm, PA
Attorney for the Plaintiffs
107 Pond Apple Lane # 102
Jupiter, FL 33458
561-764-4041 - Telephone
561-584-5212 – Facsimile
Email: josh@joshuahortonlaw.com
Florida Bar No: 1009130