UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80896-CIV-SINGHAL

CASEY M. WHITE, et al.,

    Plaintiffs,

v.

GM LAW FIRM, LLC,

    Defendant.
_____/

## ORDER DENYING MOTION FOR SANCTIONS

**THIS CAUSE** came before the Court upon Defendant's Verified Motion for Sanctions due to Plaintiffs' Failure to Attend Mediation (DE [257]) and the Report and Recommendation (DE [275]) of the Magistrate Judge recommending that the Motion be denied. The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge's Report and Recommendation (DE [275]) is **AFFIRMED** and **ADOPTED.** Defendant's Verified Motion for Sanctions due to Plaintiffs' Failure to Attend Mediation (DE [257]) is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 11th day of January 2024.

                                                                                                                                                                         */s/ Raag Singhal*

                                                    RAAG SINGHAL
Copies furnished counsel via CM/ECF        UNITED STATES DISTRICT JUDGE