UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80896-CIV-SINGHAL

CASEY M. WHITE, et al.,

    Plaintiffs,

v.

GM LAW FIRM, LLC,

    Defendant.
_____/

## **AMENDED ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS AS TO COUNT II**

**THIS CAUSE** came before the Court upon Defendant's Motion for Judgment on the Pleadings as to Count II (Rescission) (DE [215]) and the Report and Recommendation (DE [277]) of the Magistrate Judge recommending that the Motion be granted. The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge's Report and Recommendation (DE [277]) is **AFFIRMED** and **ADOPTED.** Defendant's Motion for Judgment on the Pleadings as to Count II (Rescission) (DE [215]) is **GRANTED**. Count II of the Amended Complaint (DE [170]) is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 23rd day of January 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF